ACCEPTED
03-15-00415-CV
6304316
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 9:54:45 AM
JEFFREY D. KYLE
CLERK

**NO. 03-15-00415-CV**

# In the Court of Appeals
# For the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 9:54:45 AM
JEFFREY D. KYLE
Clerk

**SANDRA KAY HARGROVE,**

**Appellant,**

**v.**

**GARY M. HARGROVE**

**Appellee.**

**On Appeal from the 27th Judicial District Court,**
**Cause No. 186,223-A**

**APPELLANT'S NOTICE OF LEAD COUNSEL**

**RAY & WOOD**
**Doug W. Ray**
**State Bar No. 16599200**
**2700 Bee Caves Road**
**Austin, Texas 78746**
**(512) 328-8877 (Telephone)**
**(512) 328-1156 (Telecopier)**
**dray@raywoodlaw.com**
**ATTORNEYS FOR APPELLANT**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, Appellant, Sandra Kay Hargrove, submits this notice that she has designated Doug W. Ray as lead counsel in the above-captioned appeal. The information required by Rule 6.1(c) is set out below.

Respectfully submitted,

**RAY & WOOD**

By: /s/ Doug W. Ray
      Doug W. Ray
      State Bar No. 16599200

2700 Bee Caves Road #200
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Telecopier)
dray@raywoodlaw.com

THE LAW OFFICE OF ANDREA SHEINBEIN, PC
213-A West 8th Street
Georgetown, TX 78626
Tel: (512) 686-3809
Fax: (512) 686-3816

By:/s/ Andrea Sheinbein
      Andrea Sheinbein
      State Bar No. 24005101
      andrea@sheinbeinlaw.com
**ATTORNEYS FOR APPELLANT**

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2015 a true and correct copy of the above and foregoing was delivered via electronic service and email to the following:

Robert O. Harris, III
404 North Main
Belton, Texas 76513
buck@buckharrislaw.com
**ATTORNEY FOR APPELLEE**

/s/ Doug W. Ray
Doug W. Ray